## STATE OF CONNECTICUT *v.* RONALD SCHIAVO
### (AC 16443)

O'Connell, C. J., and Lavery and Schaller, Js.

Argued September 30—officially released October 21, 1997

Per Curiam. The judgment is affirmed.

## DANIEL LUCE *v.* UNITED TECHNOLOGIES CORPORATION/PRATT AND WHITNEY AIRCRAFT DIVISON ET AL.
### (AC 16725)

O'Connell, C. J., and Dupont and Stoughton, Js.

Argued September 29—officially released October 21, 1997

Per Curiam. This case is controlled by *Pascarelli* v. *Moliterno Stone Sales, Inc.*, 44 Conn. App. 397, 689 A.2d 1132, cert. denied, 240 Conn. 926, 692 A.2d 1282 (1997).

The decision of the workers' compensation review board is affirmed.

## STATE OF CONNECTICUT *v.* FRANCISCO ORTIZ
### (AC 15048)

O'Connell, C. J. and Landau and Schaller, Js.

Argued September 30—officially released October 21, 1997

Per Curiam. The judgment is affirmed.